## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE: Malcolm Stovall                              CASE NO: 08-11614

## EX PARTE MOTION TO AMEND ORDER

Now unto court comes Annette C. Crawford, Chapter 13 Trustee, who moves the court as follows:

1.

The ex parte Motion by Trustee to Deposit Funds Into the Treasury filed on November 19, 2009, was granted by order dated November 19, 2009.

2.

The motion requested an order permitting her to deposit into the Treasury of the United States pursuant to 28 U. S.C. 2041 the sum of **$3,790.25** representing funds assigned to the debtor.

3.

The Order is being amended to correct the amount to be deposited, $3,805.00, **not $3.790.25**.

WHEREFORE, the Trustee requests that an Amended ex parte Order Directing Deposit Into Treasury be signed setting out the appropriate amount of $3,805.00.

Baton Rouge, Louisiana on this __8th__ day of _December_ 2009.

RESPECTFULLY SUBMITTED:

 s/ Annette C. Crawford
ANNETTE C CRAWFORD
CHAPTER 13 STANDING TRUSTEE
8778 GOODWOOD BLVD
BATON ROUGE, LA 70806
TELEPHONE: (225) 928-2531